UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPARK REVENUE, LLC<br><br>*Defendant*. | Case No. 6:25-cv-00093-JFH-SPS |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S
<u>MOTION TO COMPEL ARBITRATION AND STAY THE CASE</u>**

Plaintiff, by and through undersigned counsel, respectfully move this Court for a 14-day extension of time to respond to Defendant Spark Revenue, LLC's Motion to Compel Arbitration and Stay the Case (ECF No. 25). In support of this motion, Plaintiffs state as follows:

1. On August 20, 2025, Defendant filed its Motion to Compel Arbitration and Stay the Case. Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 7.1(e), Plaintiffs' response is currently due on September 3, 2025, providing 14 days to respond.

2. Plaintiffs request a modest 14-day extension of this deadline, up to and including September 17, 2025, to allow sufficient time to address the issues raised in Defendant's motion.

3. Counsel for Plaintiffs has conferred with counsel for Defendant, who has indicated that Defendant does not oppose this request.

4. This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion and extend the deadline to file their response to Defendant's Motion to Compel Arbitration and Stay the Case until September 17, 2025.

Dated: August 28, 2025

**PLAINTIFF**, individually and on behalf of all others similarly situated,

*/s/ Rachel Lawrence Mor*
Rachel Lawrence Mor, OBA #11400
Rachel Lawrence Mor, P.C.
Landmark Towers West, Suite 1000
3555 N.W. 58th Street
Oklahoma City, OK 73112
(405) 562-7771 Telephone
(405) 285-9350 Facsimile
rmor@thelawgroupokc.com