AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| (1) AMBER FERRELL, individually, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-CV-93-JFH-JAR |
| (1) SPARK REVENUE, LLC, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, SPARK REVENUE, LLC                                                                                          .

Date:     09/04/2025

s/ Jonathan L. Williams
*Attorney's signature*

Jonathan L. Williams, D.C. Bar No. 999708 (pro hac vice)
*Printed name and bar number*

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
*Address*

jonathan.williams@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*