**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Amber Ferrell, on behalf of herself and all others similarly situated,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>Spark Revenue, LLC<br><br>　　　　*Defendant.* | Case No.: 6:25-cv-00093-JFH-SPS |

**DECLARATION OF AMBER FARRELL**

I, Amber Ferrell, declare under penalty of perjury as follows:

1. I am over the age of 18 and the Plaintiff in this case. I make this declaration in support of my opposition to Spark Revenue's motion to compel arbitration. The statements in this declaration are based on my personal knowledge.

2. I have never agreed to arbitrate any disputes with Spark Revenue. Neither did I waive my rights to pursue claims in court or as part of a class action.

3. Defendant claims I "repeatedly" agreed to arbitration by checking an "I confirm" box on websites such as Credit America, Assist America, and ResourceUSAOnline. That is not true. I never visited those websites.

4. I obtained the cell phone number ending in 5183 from my Lifeline carrier, Safeline Wireless, on July 20, 2024,. This was a new number issued to me at that time. Before that date, I did not have or use this number.

5. Based on what I have been told, all of the supposed "opt-ins" that Spark Revenue relies on occurred before July 20, 2024. Because I did not even have this number until that date, I could not have provided it, confirmed it, or agreed to anything associated with it before then.

6. I also understand that the records Spark Revenue relies on to claim that I consented to its Terms show IP addresses from Arkansas and Grove, Oklahoma—locations where I do not live or use the internet. My own IP address is different and consistent with my actual location. I did not submit information from the IP addresses Spark Revenue points to.

7. I do not use VPNs or employ other methods of disguising my IP address.

8. I have never opted in to receive marketing text messages from Spark Revenue or its affiliates, and I never agreed to arbitration with them. The records they cite do not reflect my actions or my consent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information belief and understanding.

| 09/03/2025 | *Amber Ferrell* (signature) |
|---|---|
| Date | Signature |