# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SPARK REVENUE, LLC,<br><br>Defendant. | Case No.: 6:25-cv-00093 |

**SECOND DECLARATION OF BO PARRISH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

I, Bo Parrish, declare as follows:

1.  I am over 18 years of age and competent to testify about the matters set forth herein. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify to them competently.

2.  I previously submitted a declaration in this case dated August 20, 2025. I refer to that declaration as the "First Declaration." All capitalized terms in this declaration have the same meaning as in the First Declaration.

3.  The First Declaration identified a sample of 10 sign-ups from Plaintiff Amber Ferrell based on Spark Revenue's records. To protect her privacy, the addendum to the First Declaration listed the number Ms. Ferrell provided as 918-297-XXXX—omitting the final four digits of the phone number just as Ms. Ferrell did in her Complaint.

4.  Although the First Declaration did not list the final four digits of the phone number to protect Ms. Ferrell's privacy, I understand that Ms. Ferrell has disputed that she could have

provided the sign-ups listed in the First Declaration because the last four digits of her phone number were not -5183 until July 20, 2024. I understand that Ms. Ferrell's declaration does not deny that her phone number began with 918-297 on the dates listed in the addendum to the First Declaration.

5. As the Addendum ("Second Addendum") to this declaration, I have provided the full phone number listed for each of the sign-ups referenced in my First Declaration. Spark Revenue's records show that each of these sign-ups used the phone number 918-297-5392. None of the sign-ups involved a phone number ending in -5183. This information is consistent with Ms. Ferrell's statement that she did not have a phone number ending in -5183 during this time.

6. In the Second Addendum, I have also provided information from Spark Revenue's business records for two sign-ups shortly after she admits that she obtained the phone number ending in -5183 on July 20, 2024. In a July 21, 2024 sign-up, Ms. Ferrell provided the phone number 918-297-5831, which is a transposition of the final four digits -5183. In a July 24, 2024 sign-up, Ms. Ferrell provided the number 918-297-5183.

7. These July 2024 sign-ups both occurred on the Credit America website. The process for submitting contact information and agreeing to the Terms on the Credit America website in July 2024 was the same as I previously outlined in the First Declaration.

8. All 12 sign-ups in the Second Addendum provide the same physical address in McAlester, Oklahoma with the ZIP code 74501.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2025.

*[signature]*
Bo Parrish

## SECOND ADDENDUM

| Date | Website Name | IP Address | Name Provided | Phone Number Provided | ZIP Code Provided |
|---|---|---|---|---|---|
| 07/31/22 | Credit America | 107.122.229.51 | Amber Ferrell | 918-297-5392 | 74501 |
| 03/18/23 | Credit America | 172.59.120.197 | Amber Ferrell | 918-297-5392 | 74501 |
| 03/21/23 | Credit America | 172.59.120.197 | Amber Ferrell | 918-297-5392 | 74501 |
| 05/20/23 | Assist America | 172.59.120.155 | Amber Ferrell | 918-297-5392 | 74501 |
| 08/04/23 | ResourcesUSAOnline | 107.122.229.38 | Amber Ferrell | 918-297-5392 | 74501 |
| 08/07/23 | Assist America | 107.122.229.49 | Amber Ferrell | 918-297-5392 | 74501 |
| 09/25/23 | ResourcesUSAOnline | 107.122.229.26 | Amber Ferrell | 918-297-5392 | 74501 |
| 11/12/23 | Credit America | 172.59.122.54 | Amber Ferrell | 918-297-5392 | 74501 |
| 06/13/24 | Credit America | 107.122.229.77 | Amber Ferrell | 918-297-5392 | 74501 |
| 06/13/24 | Credit America | 107.122.229.77 | Amber Ferrell | 918-297-5392 | 74501 |
| 07/21/24 | Credit America | 12.75.11.14 | Amber Ferrell | 918-297-5831 | 74501 |
| 07/24/24 | Credit America | 12.75.11.61 | Amber Ferrell | 918-297-5183 | 74501 |