# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br>        v.<br>SPARK REVENUE, LLC,<br>    *Defendant*. | Case No. 6:25-cv-00093-JFH-JAR |

**DECLARATION OF PATRICK CONLEY**

I, Patrick Conley, declare:

1. I am over 18 years of age and competent to testify about the matters set forth herein.

2. I am the CEO and Founder of Franklin Global, Inc., a national security, intelligence, and investigative firm employing several former members of the Federal Bureau of Investigation ("FBI").

3. Before establishing Franklin Global, Inc., I spent 20 years with the FBI combating fraud, corruption, terrorism, violent crimes, stalking and kidnapping.

4. I also spent 17 years on the Special Weapons and Tactics ("SWAT") team, where I served as Team Commander and Team Leader, and conducted hundreds of high-risk operations.

5. I have experience investigating complex white-collar crimes, money laundering, organized crime, and public corruption.

6. As CEO of Franklin Global, I have provided investigative expertise for cases relating to international fraud and money laundering, asset investigations, trade secret violations, food product tampering, internal and external corporate fraud and theft, workplace violence, missing person cases, identity theft, stalking threats, and kidnappings.

7. I routinely consult with law firms, Fortune 500 companies, small businesses and private clients on investigative matters and security related topics.

8. I am a member of the Society of Former Special Agents of the FBI, the California Association of Licensed Investigators and the World Association of Detectives.

9. My team and I conducted an investigation concerning Amber Ferrell, including both her address and her phone number. My team and I used, among other things, public information and proprietary databases as part of our investigation.

10. Based on our investigation, Ms. Ferrell has an address history that includes a residence in McAlester, OK in ZIP code 74501 since at least 2022 and has also been associated with telephone number 718-297-5392.

11. I understand that Ms. Ferrell has asserted that the IP addresses from Spark Revenue, LLC's business records do not correspond to her current IP address. Individuals often access the internet from various IP addresses over time, for a variety of reasons. For example, it is common for individuals to access the internet from multiple networks (such as public Wi-Fi networks), which will show different IP addresses. Even an individual's IP address can change over time, because internet service providers do not provide static IP addresses to residential customers and often use dynamic IP addresses that frequently change. For these reasons, a statement that an individual's current IP address is different from IP addresses recorded in past digital transactions does not indicate that someone other than the individual supplied the information, particularly when the past digital transactions occurred as long as several years ago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  CASTLE ROCK  CO
                City, State

_/s/ PC_
Patrick Conley
September 18, 2025