**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AMBER FERRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SPARK REVENUE, LLC<br><br>*Defendant.* | Case No. 6:25-cv-00093-JFH-SPS |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A). The putative class allegations are dismissed without prejudice.

| Dated: October 30, 2026 | Respectfully Submitted: |
|---|---|
| | <u>*/s Anthony I. Paronich*</u><br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>anthony@paronichlaw.com<br>*Attorney for Plaintiff and the Putative Class* |